USDC SCAN INDEX SHEET



LINEUP

ACR

3

96710

CV

1

CMP.

MOST

KAHN

KARL AUGUST MOST III
03478-000 9TH FL MCC
808 UNION ST,
SAN DIEGO, CALIF. 92101

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARL AUGUST MOST III ) | |
| ) | Civil Suit   Case No: |
| Plaintiff, ) | |
| ) | COMPLAINT FOR DAMAGES |
| v. ) | AND DEMAND FOR JURY TRIAL |
| ) | AND APPOINTMENT OF COUNSEL |
| JERRY KAHN ) | |
| JAMES CONKLIN ) | |
| ) | |
| Defendants ) | |

   NOW COMES KARL AUGUST MOST III, before this court in regards to a civil complaint against the above named defendants as agents and individual's; They have conspired together in causing me to be violated under my constitutional rights as per the Fourth, Fifth, Sixth, Eight, Tenth, and Fourteenth Amendments. They have caused me to lose my liberty and freedom plus mental anguish and physical harm and to be placed in danger of my life.

   The defendants have caused me to be mentally and physically deprived of my protection under the Law's of this country i.e. <u>LIFE, LIBERTY</u> AND <u>THE PURSUIT</u> of <u>HAPPINESS</u> as is my right's under the Constitution.  They have illegally tortured me both physically and psychologically.  They have caused the death of my life long handicapped friend due to their illegal intrusion into my life. They have also denied me the right to have a family of my own.  Violated my Civil rights by their illegal plot to incarcerate me for life due to their illegal drug deals.

1

Mr. Most seeks recovery for humiliation and mental suffering plus along with the loss of my friend and my rights as a humane to have children, deny me the right to father children, and to be a productive citizen, also my psychological harm and physical injuries resulting from the defendants conduct, in connection with the entrapment of illegal conspiracy that was instigated by the defendants for their own self interest and monitary reward.

The defendants worked to cause me to be denied my rights under the Constitution in violation of my Fourth, Fifth, Sixth, Eight, and Fourteenth Amendments.

They have caused me to be interrogated without constent, physically and psychologically tortured, lose of my freedom, liberty of movement, illegally arrested, harassed and placed in custody where I have been deprived of my protections under the Constitution and caused my Friend Robert K. Naslund Jr's death. The essence of civil liberty consists in the right of every individual to claim the protection of the laws whenever he receives an injury.

Mr. Most has suffered great humiliation, embarrassment, and physical and mental suffering as a result of the defendants unlawful conduct, and Most seeks $5,000,000,00 damages from each of the parties involved in this illegal conduct.

This is an act out of Unconstitutional invasion of Most's rights by the defendant's. In Bivens vSix Unknown Fed. Narcotics Agents 403, US 388, 29 L.Ed 2d 619, 91 S.Ct. 1999 states "And 'where federal protected rights have been invaded, it has been the rule from the beginning that courts will be alert to adjust their remedies so as to grant the necessary relief."

Jerry Kahn and James Conklin conspired together to violate Most's Fourth Amendment rigth by initiating a illegal drug transaction which Mr. Most had

'2'

no prior want nor knowledge of completing without the total instruction's and assistance from the defendant's. Never in Most's life had he ever been involved with this type of illegal act. The defendant's acting under the color of law and agent's of the government never infromed Mr. Most that he was the subject of their Hate and Destruction through the illegal drug conspiracy, that the defendant's where implanting into Most. The Constitution of America guarantees **"EVERY AMERICAN CITIZEN"**, certain rights that protect them from arbitrary intrusion by the police or their agents. Most was set upon by the defendants who lied, fabricated, and decived Most when he was at his weakest point psychologically in his life.

In United States v Calandre 414, US 338, 38 L.Ed.2d 561, 94 S.Ct. 613, "The purpose of the Fourth Amendment is to prevent **Unreasonable Governmental Intrusions** into the privacy of one's person, house, papers or effects: The wrong condemned is the unjustified governmental invasion of such areas of an individual's life."

The rights and liberties of citizens of the United States are not protected by custom and tradition alone, they are preserved from the encroachements of government and the agents of the government acting under the control by expressed provisions of the Federal Constitution. "Consent cannot be obtained by law enforcement officers through subterfuge. See e.g. United States v Davis 749 F.2d 292 (5th Cir.1985); United States v Ellis 547, F.2d 863 (5th Cir.1977); United States v Bolin 514 F.2d 554 (7th Cir.1975)."

When as agent of the government uses any means to create and implant an illegal criminal act into any other American citizen with the authority to do so by those of the Governing Officials without first investigating if the facts of the case where true goes beyond the realm of "right and wrong," but now fails under discrimination and prejudice to the individual's who's life, liberty and freedom or effected i.e. Mr. Most's and Robert K. Naslund Jr's.

'3'

For the defendant's to create a crime where the agents work on Most for over two and a half years while living and socializing with Most, and to "be friend," Mr. Most through use of influence and material objects, to the point of "brotherly love and respect," to that of an idol wroship, all in order to force Most to fall under the defendants spell to further their act is total deprivation of the equal protection of every American, by and through the officials of the Government to join in this mad adventure to destroy Most and Mr. Naslund to loss his life.

This entire role of the defendants in setting into motion an otherwise unaccoplishable act that resulted in the personal injury to Most is outside the law's.

For the Government to act as a "chemical supplier," and to offer any and all materials and to assist in the creation of an illegal transaction is for the government to become law breakers themselves. This is **"Corruption"** by and through the defendants in collusion with the government. Vindictive, selective and discriminatory acts by the defendants and the government against Mr. Most.

For the defendant's to pray upon an innocent individual is beyond cavil. The Constitution is violated by the government and its agents for their own ends. The laws of the land govern each and every person the government and its agents are not above the laws, and for them to create a crime where there does not exist any criminal activity is an illegal act by the agents of the government.

The agents illegal use of interrogation to gain statements of incrimination against Most through use of psychological ploys is unconstitutional. James Conklin to physically beat Most in Pattay Beach is in violation of the Joint Venture doctrine between the U.S. and Thailand. This violates Most rights as a citizen and for Most to now be afraid to live in his home and his life free from governmental intrusion.

'4'

Federal agents play a debased role when they become the instigators of the crime, or partners in its commission, or the creative brain behind the illegal scheme. The government may not create or manufacture crime just so to arrest the very creature that the agents and the government have created. The defendants singled Most for this illegal activity just to prosecute Most the sole motive was to "set in motion a pre arranged scheme to prosecute Most, so the defendants could gain money and Jerry Kahn time off his sentence. This improper motivation is a selection deliberately based on an unjustifiable standard, it is discrimination. The defend ant's agents of the government in pursuing a course of action whose objective was to penalize Most reliance on his legal protected rights, this is patently unconstitutional. To punish a person because he has done what it was that the defendant's instigated and controlled is more than can be allowed in a Democracy.

This is all prejudice and discrimination against Most for not knowing what to do? The defendants instigated, caused, lured, ensnared, cajoled, created, chorographed, controlled, implanted, coerced, undermined, pander to Mr. Most. For over two and a half years while Most was in prison with Jerry Kahn a agent of the government worked on Most with use of "false friend" who's sole purpose was to induce Most into becoming his instrument his ticket to money and freedom. Jerry Kahn use of False Friend seduced and pander to Most, with his ulterior motive based on his selfish want to trade his 26 year sentence for Most's freedom. Kahn ensnared, influenced and coerced Most all the while Most was minding his own affairs, and while Most continued to protest this entire ordeal.

Over the course of the two years Jerry Kahn invested and pander to Most with the use of friendship and using gifts, and promises. Unsing pshchological

'5'

Case 3:96-cv-00710-IEG-POR   Document 1   Filed 04/19/96   Page 7 of 15

means to implant over the course of two and a half years his plan to cause Most to carry out the agents selfish, evil, diabolical, created, low down, back stabbing manipulated exchange plot.

At no time was Most his own person. The Federal government has been in complete control over Most's since 1984. Dec. 7th. until today. There exist no time where Most was allowed, permitted or without some outside influnce by or through the Federal Government or it's agent's. Either by an agent or under their control through the telephone, mail, video's or etc. While in prison or out on bail, or in the CCC halfway house center. The Federal Government has always been in control of Most's life and caused him all this damages. This is discrimination and prejudicial treatment by the government and the defendants.

The Fourth Amendment is violated by officers or agents of the government who break the laws. The Fourth Amendment protects **"People"** and **"Citizens"**. Only agents or officers of the government are under the commands of the Fourth Amendment, therefore only there violations of the commands can create the evil that we see here in this case before the court.

This is beyond cruel and unsual punishment by the government and its agents. For the Court to stand by and allow this type of intrusion and invasion into an American citizens life is unjustified, to allow the government to employ an agent to create a crime in order to prosecute another just so that the agent Jerry Kahn could trade his prison sentence for Most's life, and freedom and to cause Robert K. Naslund Jr's death, this rises the question of what exactly is the reason for the constitution and the rights of the citizens under it? The means used here to cause Most all this mental and physical damages is total disregard for the rights of the people of this country, this is more than civilized sensiblities can stand.

The rights and liberties of citizens of the United States are not protected by custom and traditions alone, they are presevered from the encorachments of government by expressed provisions of the Federal Constitution. "otherwise deprived of his freedom of action in any significant way is the standard of the Fourth Amendment. . Under the protection of non-interference while and during legal proceedings, Most was still fighting his case with appointed counsel at and during the time the defendants held illegal interrogations.

Defendant Most had been brought back to America on a "Prison Exchange treaty from Thialand," from Bangkwang Max prison where he severed 50 months locked up in one of the world's worst prison environments. Mr. Most survived this and was not mentally prepared to understand what was happening to him by the defendants. Mr. Most suffered a great deal of pain both mental and physical scaring that will last his life time. Then to have the defendants strip away all of his humane strenghts and pray upon a defenseless shell of a man. For the nefarious defendants to immediately set upon him while he was unstable and psychologically disabled. Most became the condunit for the defendants to manipulate him for whatever course or purpose they so deemed necessary.

It is the government's duty to prevent crime, not to promote it. Here the government's agent's asked that Most carry out a created illegal activity by and through the government.

The Fourth and Fifth Amendments interact to create a comprehencsive right of privacy, of individual freedom, has been repeatedly approved in the Supreme Court. Wolf v Colorado 338 US 25, 27, 93 L.Ed. 1782, 1785, 69 S.Ct. 1359; Stefanelli v Minard, 342, US 117, 119, 96 L.Ed. 138, 141, 72 S.Ct. 118;

'7'

Frank v Maryland 359 US 360, 3 L.Ed.2d 877, 880, 79 S.Ct. 804 . . (right to privacy is a basic constitutional right,) see Mapp v Ohio 367 US 643, 656, 6 L.Ed.2d. Otherwise deprived of his freedom of action in any significant way. Oregan v Mathiason 429 U.S. 492 (1977); Prison as custodial United States v Conley, 779 F.2d 970 (4th Cir.1985). Psychological restraints just as binding. United States v Beraun-Panez, 812 F.2d 578 (9th Cir.1987).

The government has an equally strong interest in ensuring that the innocent are not convcited. See Patterson v New York 432 U.S. 197, 208, 97 S.Ct. 2319 2326, 53 L.Ed.2d 281 "(it is a fundmental determination of our society that it is far worse to convict an innocent man than to let a guilty man go free.)"

The Supreme Court repeatedly has stated that the **"Due Process Clause,"** affords protections **"so rooted in the traditons and conscience of our people as to be ranked as fundamental."** Snyder v Massachusetts 291 U.S. 97, 105, 54 S.Ct. 330, 332, 78 L.Ed. 674 (1934).

Quoting in United States v Solorio (out of print Sep.1994, 9thCir.) 'We cannot condone the Government's actions in this case. Law enforcement agents are intrusted with awes power. But with that power also comes a responsibility to guard against its abuse, a responsibility that the government in this case abdicted. Were we to tolerate the government's conduct in this case, we would be participating in that abuse. Finite governmental resources should be used to ferret out crime rather than promote additional criminal activity. The power of the government is abused and directed to an end for which it was not constituted when employed to promote rather then detect crime, and to bring about the down fall of those who, left to themselves, might well have obeyed the law. Humane nature is weak enought and sufficiently beset by temptations without govnerment adding to thme and generating crime. If the government becomes a lawbreaker it

breeds contempt for the law; it invites every man to become a law unto himself' it invites anarachy. See Olmstead v United States 277 US 438, 474, 72 L.Ed.2d 944, 48 S.Ct. 564, 66 ALR 376. "In a government of laws, the existence of the government will be imperilled if it fails to observe the law scrupulously. Our government is potent, the ominpresent teacher. For good or for ill, it teaches the whole prople by its example. Crime is contagious."

This is prejudicial vindictive discrimination by and through the agents of the government against Most and his <u>dead</u> friend Robert K. Naslund Jr. This is in violation of the Civil Rights toward Mr. Most. and R.K.Naslaud.

### GENERAL ALLEGATIONS

1. Jurisdiction of this matter is founded on Title 28, United States Code sections 1331, 1343 and Title 42, United States Code Section 1983, et seq.

2. This action arises under the Federal Torts Claims Act, the First, Fourth, Fifth, Sixth, Eight and Fourteenth Amendments to the United States Constitution, and pursuant to the doctrine established in **Bivens v Six Unknown named Agents of the Federal Bureau of Narcotics,** 403 U.S. 388, 91 S.Ct. 1999 (1971).

3. Venue is proper in the Southern District of California in that Plaintiffs claims arose in this district by virtue of the injury have taken place in the county of San Diego.

4. Plaintiff is informed and believes that defendant's Jerry Kahn and James Conklin are employees of the United States Government and agents of the DEA.

5. Plaintiff is and are at all material times mentioned herein residents of the county of San Diego, State of California.

'9'

6. Plaintiff is informed and believes and therefore allege that at all times mentions herein each of the defendants was agents, servent and/or employee of each of the remainging defendants and was, in doing the acts herein alleged acting within the course and scope of this agency and/or emplyoment, and with the permission, consent and authority of their co-defendants, and each of them, and each is responsible in some manner for the occurrences hereinafter alleged; and that plaintiffs injuries were proximately caused by the actions of each.

7. Plaintiff is informed and believe, and thereon allege, that defendants, and each of them, in doing the acts herein alleged were motiviated, at least in part, by their opposition to and dislike of plaintiff's right to his Fourth, Fifth, Sixth, Eight, and Fourteenth Amendments to be protected under the contract with America and Mr. Most's and Naslund Jr's Constitutional Rights to freedom and liberty of actions. At time of this illegal intrusions, and by a desire to discourage, punish, curtail, and chill exercise of plaintiff's rights under the Constitution, while defendants were acting under the color of their authority as agents of the United States Government, et. al.

### FIRST CAUSE OF ACTION

### (Violation of Constitutional Rights)

8. Plaintiff alleges the First Cause of Action set forth below against defendants Jerry Kahn and James Conklin, pursuant to the doctrine in Bivens v Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 91 S.Ct. 1999 (1971).

9. These defendants acted unreasonably, in bad faith, without probable cause and without regard for Plaintiff's rights.

10. Plaintiff realleges and incorporates by references each and every allegation contained in the Statements of facts above and through fully set forth herein.

11. By reason of the acts of defendants and each of them as alleged above,

Plaintiff suffered sever emotional distress, loss of his freedom and liberty, invasion of his privacy, and has been injured in mind and body. As a result of these injuries and in violation of plaintiff's rights under the United States Constitution, including but not limited to the First, Fourth, Fifth, Sixth, Eight, and Fourteenth Amendments, plaintiff is entitled to general and compensatroy damages against defendants and each of them in the amount of $5,000,000.00

## SECOND CAUSE OF ACTION

### (Federal Torts Claims Act - Battery)

12. Plaintiff realleges and incorporates by reference each and every allegation contained in the statements above as though fully set forth herein.

13. Defendants, and each of them, without cause of justification did commit a battery on plaintiff.

14. By reason of theacts of defendants and each of them as alleged above, Plaintiff suffered physical injuries, emotional distress, loss of his freedom and liberty, invasion of his privacy, and have been injured in mind and body. As a result of these injuries plaintiff is entitled to general and compensatory damages against defendants and each of them in the amount of $5,000,000.00.

15. In doing the acts alleged above, defendants Jerry Kahn and James Conklin acted maliciously and/or were guilty of a wanton and reckless disregard of the rights and feelings of Plaintiff and by reason therof, Plaintiff demands exemplary and punitive damages in the amount of $20,000,000.00.

## THIRD CAUSE OF ACTION

### (Federal Torts Claims Act - False Imprisonment)

16. Plaintiff realleges and incorporates by reference each and every allegation contained in the statements of facts in the above set forth herein.

17. Defendants, and each of them, without cause or justification did cause Plaintiff to be falsely imprisoned.

18. By reason of the acts of defendants and each of them as alleged above, Plaintiff suffered physical injuires, emotional distress, loss of his freedom and liberty, invasion of his privacy, and have been injured in mind and body. As a result of these injuries plaintiff is entitled to general and compensatory damages against defendants and each of them in the amount of $5,000,000.00.

19. In doing the acts alleged above, defendants Jerry Kahn and James Conklin acted maliciously and/or were guilty of a wanton and reckless disregard of the rights and feedlings of Plaintiff and by reason thereof, Plaintiff demands exemplary and punitive damages in the amount of $20,000,000.00

## FOURTH CAUSE OF ACTION

### (Negligent Infliction of Emotional Distress)

20. Plaintiff realleges and incorporates by reference and every allegation contained in the statements of facts above as though fully set forth herein.

21. Defendants, and each of them, without cause or justification did cause Plaintiff to be falsely imprisoned.

22. By reason of the acts of the defendants and each of them as alleged above, Plaintiff sufferd physical injuries, emotional distress, loss of his freedom, and liberty, invasion of his privacy, and have been injured in mind and body. As a result of these injuries plaintiff is entitled to general and compernsatory damages against defendants and each of them in the amount of $$5,000,000.00.

23. In doing the acts alleged above, defendants Jerry Kahn and James Conklin acted maliciously and/or were guilty of a wanton and reckless disregard of the rights and feelings of Plaintiff and by reason thereof, Plaintiff demands exemplary and punitive damages in the amount of $20,000,000.00.

'12'

WHEREFORE, Plaintiff pray for judgement against defendants and each of them as follows:

1. For general and compensatory damages against defendants and each of them in the amount to be proven at trial, not to exceed $20,000,000.00.

2. For exemplary and punitive damages against defendants Jerry Kahn and James Conklin in an amount to be proven at trial not to exceed $20,000,000.00.

3. For costs of suit herein, including reasonable attorney's fees, and,

4. For such other further relief as the court deems proper.

DATED: April 13th, 1993                    Plaintiff: _____
                                                      KARL AUGUST MOST III

Plaintiff demands a jury trial in this action, pursuant to the provisons of F.R.C.P. section 38(d): and further requests the court to appointment of counsel at the trial.

                                           _____
                                           KARL AUGUST MOST III

'13'

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
Karl August Most III

**DEFENDANTS**
Jerry Kahn.
James Conklin

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** SN CA
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Karl August Most III 03478.000
9th Fl MCC
808 Union St
San Diego CA 92101

**ATTORNEYS (IF KNOWN)**
'96-71  IEG LSP

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

FILED
APR 19 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42:1983 PR.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL INJURY** ☐ 362 Personal Injury—Med Malpractice | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury—Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | ☐ 355 Motor Vehicle Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 360 Other Personal Injury | **PERSONAL PROPERTY** | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | **CIVIL RIGHTS** | ☐ 370 Other Fraud | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 441 Voting | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 442 Employment | ☐ 380 Other Personal Property Damage | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 245 Tort Product Liability | ☐ 443 Housing/Accommodations | ☐ 385 Property Damage Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 |
| ☐ 290 All Other Real Property | ☐ 444 Welfare | **PRISONER PETITIONS** |  |  |
|  | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence |  | ☐ 950 Constitutionality of State Statutes |
|  |  | Habeas Corpus: |  | ☐ 890 Other Statutory Actions |
|  |  | ☐ 530 General |  |  |
|  |  | ☐ 535 Death Penalty |  |  |
|  |  | ☐ 540 Mandamus & Other |  |  |
|  |  | ☒ 550 Civil Rights |  |  |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $** _____

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE Stotler   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____